UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD L. LIMBAUGH, JR., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KILOLO KIJAKAZI, § <br> ACTING COMMISSIONER OF SOCIAL § <br> SECURITY ADMINISTRATION, § <br> Defendant. § | Civil Action No. 3:22-CV-02126-B-BH |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted. Accordingly, the decision of the Commissioner is **REVERSED**, and the case will be **REMANDED** for an award of benefits by separate judgment.

**SIGNED** this 7th day of August, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1